# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV31

| | |
|---|---|
| **MELISSA P. HAWKINS,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**MICHAEL J. ASTRUE, Commissioner** )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **ALLOWED**; the Defendant's motion for summary judgment is **DENIED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **REVERSED**; and this matter is hereby remanded to the Commissioner for the award of benefits consistent with this opinion.

2

Signed: March 30, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge