# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MELISSA P. HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 1:08-CV-0031 |
| ) | |
| MICHAEL J ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b)" filed on July 31, 2009. Plaintiff, by her Statement, has consented to the motion of the Plaintiff and does not oppose an award of legal fees in the amount of $13,333.00 for attorney fees. Likewise, the Defendant has no objection to awarding Plaintiff's attorney the amount sought. *See* **Defendant's Response to Plaintiff's Motion for Attorney's Fees, filed August 10, 2009, at 3.**

**IT IS, THEREFORE, ORDERED that** Plaintiff's "Motion For Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b)" is **GRANTED**, and the sum of $13,333.00 shall be withheld from the Plaintiff's past due social security disability benefits and paid directly to counsel for Plaintiff for attorney fees.

Signed: August 11, 2009

Lacy H. Thornburg
United States District Judge